

# NUMBERS 13-08-00214-CV AND 13-09-00208-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

GREGORY A. BEAVERS, ET AL.,                                      Appellants,

v.

ALUMINUM COMPANY OF AMERICA, ET AL.,                    Appellees.

---

### On appeal from the 347th District Court
### of Nueces County, Texas.

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Gregory A. Beaver, et al., perfected an appeal from a judgment entered by the 117th District Court of Nueces County, Texas, in cause number 04-3819-H. This cause is presently before the Court on motions to dismiss filed by several appellees.

Appellee BP Amoco Corporation and BP Amoco Chemical Company (Amoco) has filed an unopposed motion to dismiss appeals as to BP Amoco Corporation and BP Amoco Chemical Company on grounds that appellants nonsuited or otherwise had all claims dismissed against BP Amoco Corporation and BP Amoco Chemical Company. Amoco requests that this Court dismiss the appeals because they are not a proper party to this appeal.

Appellee Valero Energy Corporation (Valero) has filed an unopposed motion to dismiss appeals as to Valero Energy Corporation on grounds that appellants have agreed to nonsuit the appeal as to Valero Energy. Valero also seeks to clarify that Valero Refining-Texas, LP is not a proper party to this appeal.

Appellees Beazer East, Inc. and Corpus Christi Gasket & Fastener, Ltd. has filed a motion to dismiss appeals, asserting that appellants Gerald Sheets and Nabbie Roberts had all claims non-suited or otherwise dismissed against Beazer East, Inc. and Corpus Christi Gasket & Fastener, Ltd.

The Court, having considered the documents on file, is of the opinion that the motions should be granted. *See* TEX. R. APP. P. 42.3. Appellees' motions to dismiss are granted, and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION as to appellees BP Amoco Corporation and BP Amoco Chemical Company; Valero Energy Corporation; and Beazer East, Inc. and Corpus Christi Gasket & Fastener, Ltd. The Court hereby instructs the Clerk of the Court to update this Court's records to reflect that Valero Refining-Texas, LP is not a party to this appeal.

The appeal with respect to these parties, BP Amoco Corporation and BP Amoco Chemical Company; Valero Energy Corporation; and Beazer East, Inc. and Corpus Christi

2

Gasket & Fastener, Ltd., is ordered SEVERED from the remainder of the appeal. The Clerk shall create Cause No. 13-09-00208-CV styled Gregory A. Beavers, et. al. v. BP Amoco Corporation and BP Amoco Chemical Company; Valero Energy Corporation; and Beazer East, Inc. and Corpus Christi Gasket & Fastener, Ltd. The remainder of the parties and issues remain docketed under the original cause number 13-08-00214-CV.

PER CURIAM

Memorandum Opinion delivered and
filed this the 23rd day of April, 2009.